## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In the Matter of the Complaint<br><br>of<br><br>JAMES MADOSKY, as Owner of a 2012 20' Robalo R200 CC WF115XA (HIN: ROBC0140D212) for Exoneration from or Limitation of Liability | CIVIL ACTION NO.: 24-4933<br><br>**JOINT STATUS REPORT** |

This litigation arises from the August 12, 2023, fatal boating accident in which the 2012 20' Robalo R200 CC WF115XA (HIN: ROBC0140D212) (the "Vessel") owned by Petitioner, James Madosky ("Petitioner"), struck and killed Norma Jean Michaels ("Decedent"), who was swimming with a friend in the Intracoastal Waterway in Atlantic City. At the time of the accident, the Vessel was being operated by Jeffrey Jastrzembski ("Jastrzembski"), who was alleged by Petitioner to have operated the vessel without Petitioner's knowledge or permission, and was alleged by Claimant to have been impaired and intoxicated at the time, with a blood alcohol content in excess of 0.19%.

In the aftermath of the fatal accident, Petitioner filed this action, seeking relief under the Vessel Owners Limitation of Liability Act, 46 U.S.C. §§ 30501–11. Claimant, Hope Cohen ("Claimant"), is the daughter of Decedent and has appeared in this matter on her own behalf and on behalf of Decedent's other adult daughters and beneficiaries, Lori Kushner and Cristy Michaels. After Claimant answered Petitioner's pleadings, the parties reached a stipulation that stayed the instant action and permitted Claimant to file a state court action under the "savings to suitors" clause of the Federal Judiciary Act of 1789, 28 U.S.C. § 1333(1). (*See* ECF 13.) The parties' stipulation was approved by the Court on November 19, 2024. (*See* ECF 14.)

Pursuant to the Court's Text Order dated May 19, 2025, the parties jointly submit this status report regarding the status of the proceedings in the Superior Court of New Jersey, Atlantic County (Docket No. ATL-000974-24).

On August 1, 2025, Claimant filed an Amended Complaint adding Petitioner and All Marine Center of Atlantic City as defendants. Petitioner has Answered the Amended Complaint and asserted cross-claims against Jastrzembski and All Marine Center of Atlantic City, LLC. Jastrzembski was already a defendant in the Superior Court civil action, but has not responded to the cross-claims; and All Marine Center of Atlantic City, LLC has not yet responded to the Amended Compliant or cross-claims. Due to the early nature of this litigation and recent appearance by Petitioner, no discovery has been conducted to date. Claimant has also held off engaging in substantive discovery from Jastrzembski due to the pending Criminal Matter and preserving Jastrzembski's Fifth Amendment rights.

**SALTZ MONGELUZZI BENDESKY PC**

By: */s/ E. Douglas DiSandro, Jr.*
E. Douglas Disandro JR.
8000 Sagemore Drive; Suite 8303
Marlton, N.J. 08053
Tel: (856) 751-8383
Fax: (856) 489-1867
ddisandro@smbb.com
*Attorneys for Claimant*

**NICOLETTI HORNIG & SWEENEY**

By: */s/ Guerric S.D.L. Russell*
Guerric S.D.L. Russel
505 Main Street, Suite 106
Hackensack, N.J. 07601
Tel: (201) 343-0970
Fax: (201 343-5882
grussell@nicolettihornig.com
*Attorneys for Petitioner*